■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICK RAMOS, Appellant. [638 NYS2d 347] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered February 23, 1994, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not deprived of a fair trial as a result of being tried in absentia after he absconded in the midst of his trial (see, People v Parker, 57 NY2d 136; People v Roe, 196 AD2d 899; People v Floyd, 179 AD2d 770).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Sullivan, Copertino and Joy, JJ., concur.